B1 (Official Form 1)(12/07)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Kalamaras, William P** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br><br>**xxx-xx-6148** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br><br>**301 Wedgewood Circle**<br>**Bloomingdale, IL**<br><br>ZIP Code **60108** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br><br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/07)                                                                                                Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kalamaras, William P** |

<table>
<tr><td colspan="3" align="center"><b>All Prior Bankruptcy Cases Filed Within Last 8 Years</b> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:   <b>- None -</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br>- None -</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr>
<td align="center"><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td align="center"><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X</b>  <u><b>/s/ James M. Allen</b></u>                <u><b>December 13, 2007</b></u><br>     Signature of Attorney for Debtor(s)              (Date)<br>     <b>James M. Allen 6182652</b></td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/07)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kalamaras, William P** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William P Kalamaras**
Signature of Debtor  **William P Kalamaras**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December 13, 2007**
Date

**Signature of Attorney***

X **/s/ James M. Allen**
Signature of Attorney for Debtor(s)

**James M. Allen 6182652**
Printed Name of Attorney for Debtor(s)

**James M. Allen**
Firm Name
**800 East Northwest Highway**
**Suite 700**
**Palatine, IL 60074**

Address

**Email: JamesAttyAllen@sbcglobal.net**
**847-359-4446  Fax: 847-359-6802**
Telephone Number

**December 13, 2007**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re **William P Kalamaras**          Case No. _____
                     Debtor(s)     Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* \_\_\_\_

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ William P Kalamaras**
                                    **William P Kalamaras**
Date:   **December 13, 2007**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William P Kalamaras**                                                ,    Case No. _____

                                          Debtor

                                                               Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,814.21 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 18,789.20 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 53,507.39 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 730,860.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 2,385.66 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,040.00 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| | Total Assets | | 1,814.21 | | |
| | | Total Liabilities | | 803,156.99 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **William P Kalamaras**                                     ,   Case No. _____

                                                    Debtor

                                                                        Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 53,507.39 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 53,507.39 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,385.66 |
| Average Expenses (from Schedule J, Line 18) | 3,040.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 611.66 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 53,507.39 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 730,860.40 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 730,860.40 |

B6A (Official Form 6A) (12/07)

.

In re    **William P Kalamaras**                                          ,    Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **NONE** | | - | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **William P Kalamaras**                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Harris Bank; acct #8610032728 | - | 114.21 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | personal clothing suits, shoes, etc. | - | 1,500.00 |
| 7. | Furs and jewelry. | | guchi watch. | - | 200.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 1,814.21 |
| (Total of this page) | |

__2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **William P Kalamaras**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **William P Kalamaras**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | **0.00** |
|---|---|---|
|  | (Total of this page) |  |
|  | Total >  | **1,814.21** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **William P Kalamaras**                                    ,   Case No. _____
                                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Harris Bank; acct #8610032728** | **735 ILCS 5/12-1001(b)** | **114.21** | **114.21** |
| **Wearing Apparel** | | | |
| **personal clothing suits, shoes, etc.** | **735 ILCS 5/12-1001(a)** | **1,500.00** | **1,500.00** |
| **Furs and Jewelry** | | | |
| **guchi watch.** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| | | Total: **1,814.21** | **1,814.21** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **William P Kalamaras**                                    ,   Case No. _____

                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxxx8644**<br><br>**BMW FINANCIAL SERVICES**<br>**PO BOX 9001065**<br>**Louisville, KY 40290-1065** | | | | | **8-30-06**<br><br>**CAR LEASE**<br><br>**BMW 530XI**<br><br>Value $       **Unknown** | | | | **12,777.20** | **Unknown** |
| Account No. **xxxxxxx7777**<br><br>**SAAB FINANCIAL SERV**<br>**PO BOX 7101**<br>**Little Rock, AR 72223-7101** | | | | | **LEASED VEHICLE**<br><br>**2004 SAAB 9-3 CONV**<br><br>Value $       **Unknown** | | | | **6,012.00** | **Unknown** |
| Account No. | | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | | <br><br><br><br>Value $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal<br>(Total of this page) | **18,789.20** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **18,789.20** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **William P Kalamaras**                                                                          Case No. _____
                                                                    ,
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____1____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **William P Kalamaras** _____,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-6148**<br><br>**Illinois Dept. of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794** | - | | **11/2004 thru 4/30/2007**<br><br>**ROT Taxes for TLR Enterprises Inc. d/b/a/ The Living Room of Schaumburg** | | | | **48,891.39** | **0.00** | **48,891.39** |
| Account No. **xxxx1113**<br><br>**village of Schaumburg**<br>**101 schaumburg Court**<br>**Schaumburg, IL 60193** | - | | **Feb., March, April, 2007**<br><br>**food and beverage and amusement tax** | | | | **4,616.00** | **0.00** | **4,616.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to | Subtotal | **0.00** |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)  **53,507.39** | **53,507.39** |
| | Total | **0.00** |
| | (Report on Summary of Schedules)  **53,507.39** | **53,507.39** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **William P Kalamaras**
                                                                                     ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cxx9148**  <br><br> **ADP EASEYPAY ELK GROVE** <br> **100 NORTHWEST POINT BLVD** <br> **Elk Grove Village, IL 60007** | - | | RETURNED CHECK | | | | 75.00 |
| Account No. **xxx-xx1328** <br><br> **AGAD** <br> **122 W ST CHARLES RD #1B** <br> **Villa Park, IL 60181** | - | | PURCHASES | | | | 525.00 |
| Account No. **3721** <br><br> **AIR CLEANING SPECIALISTS** <br> **7177 W GRAND AVENUE** <br> **Elmwood Park, IL 60707** | - | | PURCHASES | | | | 361.50 |
| Account No. **x1716** <br><br> **AMY CAVAZOS IN C/O EDWARD GRASSE** <br> **20 N. WACKER DR. #1860** <br> **Chicago, IL 60606-2905** | - | | LAW SUIT | | | | 0.00 |

___**13**___ continuation sheets attached

Subtotal
(Total of this page)                                     961.50

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 S/N:34215-071206   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P Kalamaras**                                                          ,          Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx & x8984** | | | PURCHASES | | | | |
| **ANGELO GELATO ITALIANO 570 COUNTY LN RDI Bensenville, IL 60106** | - | | | | | | 104.00 |
| Account No. | | | 5-6-06 LOAN AGREEMENT | | | | |
| **ARNOLD A DELUCA PO BOX 173 Wheaton, IL 60189** | - | | | | | | 25,000.00 |
| Account No. **xxxxx2069** | | | CHARGES | | | | |
| **ASCAP 21678 NETWORK PLACE Chicago, IL 60673** | - | | | | | | 2,060.42 |
| Account No. **xxx/xxx-1199** | | | SERVICES | | | | |
| **AT&T PO BOX 8100 Aurora, IL 60507** | - | | | | | | 753.46 |
| Account No. **6802** | | | Opened 12/31/92  Last Active  4/16/07 CreditCard | | | | |
| **Bank of America Po Box 26012 Nc4-105-03-14 Greensboro, NC 27420** | - | | | | | | 23,786.00 |

Sheet no. __1__ of __13__ sheets attached to Schedule of          Subtotal          | 51,703.88 |
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P Kalamaras**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx0940** <br><br> **BMI** <br> **PO BOX 406741** <br> **Atlanta, GA 30384-6741** | - | | | | LICENSE FEES | | | | 23,819.28 |
| Account No. **xxxxxxxxxxxx6426** <br><br> **Bmw Bank Of North Amer** <br> **2735 E Parleys Ways Ste** <br> **Salt Lake City, UT 84109** | - | | | | Opened 11/24/00  Last Active  3/07/07 <br> CreditCard | | | | 25,605.00 |
| Account No. **xxxxxx8644** <br><br> **Bmw Financial Services** <br> **5515 Parkcenter Cir** <br> **Dublin, OH 43017** | - | | | | Opened  7/13/06  Last Active 11/12/07 <br> AutoLease | | | | 12,952.00 |
| Account No. **xxxxxxxx0735** <br><br> **Capital 1 Bank** <br> **Attn: C/O TSYS Debt Management** <br> **Po Box 5155** <br> **Norcross, GA 30091** | - | | | | Opened 11/01/03  Last Active 12/01/06 <br> CreditCard | | | | 31,045.00 |
| Account No. **xxxx xxxx xxxx 2031** <br><br> **CARDMEMBER SERV UNITED MILEAGE** <br> **PO BOX 15153** <br> **Wilmington, DE 19886-5163** | - | | | | CHARGES | | | | 29,639.18 |

Sheet no. __**2**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**123,060.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William P Kalamaras**                                                    , Case No. _____

                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx7047** | | | | | Opened  4/22/01  Last Active 10/13/06 CreditCard | | | | |
| **Chase** **Chase CC Srvs/Attn: Bankruptcy Dept** **Po Box 100018** **Kennesaw, GA 30156** | - | | | | | | | | 70,988.00 |
| Account No. **xxxxxxx2242** | | | | | Opened  6/17/02  Last Active 10/03/06 CreditCard | | | | |
| **Chase** **Chase CC Srvs/Attn: Bankruptcy Dept** **Po Box 100018** **Kennesaw, GA 30156** | - | | | | | | | | 29,639.00 |
| Account No. **xxxxxxx0061** | | | | | Opened  2/01/72  Last Active 10/03/06 CreditCard | | | | |
| **Chase** **Chase CC Srvs/Attn: Bankruptcy Dept** **Po Box 100018** **Kennesaw, GA 30156** | - | | | | | | | | 22,050.00 |
| Account No. **xxxxxxx2038** | | | | | Opened  2/05/93  Last Active  3/01/00 CreditCard | | | | |
| **Chase Na** **Chase Card Member Services/Attn:** **BK Dept** **Po Box 100018** **Kennesaw, GA 30156** | - | | | | | | | | 0.00 |
| Account No. **4010** | | | | | CHARGES | | | | |
| **CHIAPETTI** **3900 S EMERALD AVE** **Chicago, IL 60609** | - | | | | | | | | 588.50 |

Sheet no. __3___ of __13__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)    | 123,265.50 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P Kalamaras**                        ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2624** <br><br> **Citibank** <br> **Attn: Citicorp Credit Services** <br> **7920 Nw 110th Street** <br> **Kansas City, MO 64153** | - | | **Opened 7/20/01 Last Active 10/22/07** <br> **CreditCard** | | | | 2,070.00 |
| Account No. **xxxx xxxx xxxx 5507** <br><br> **CITIBUSINESS CARD** <br> **PO BOX 688918** <br> **Des Moines, IA 50368-8918** | - | | **CHARGES** | | | | 20,808.35 |
| Account No. **4Q8K8B** <br><br> **COMED IN C/O NCO FINAN SYSTEMS** <br> **PO BOX 15740** <br> **Wilmington, DE 19850-5740** | - | | **SERVICES** | | | | 4,799.61 |
| Account No. <br><br> **COSMOPILITAN LINEN SUPPLY** <br> **CHICAGO** | - | | **SERVICES** | | | | 1,308.62 |
| Account No. **xxxx xxxx xxxx 0065** <br><br> **CUTI AADVANTAGE WORL MASTERCARD** <br> **PO BOX 6000** <br> **The Lakes, NV 89163-6000** | - | | **CHARGES** | | | | 1,756.56 |

Sheet no. __4___ of __13__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)        **30,743.14**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **William P Kalamaras** ,                                      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx5010** | | | DEBT | | | | |
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE Cincinnati, OH 45999-0038 | | - | | | | | 204.55 |
| Account No. | | | PURCHASES | | | | |
| DIAMOND SEAFOOD 204 N. EDGEWOOD AVE Wood Dale, IL 60191 | | - | | | | | 961.94 |
| Account No. **xx8670** | | | Opened 12/01/95  Last Active 10/21/03 ChargeAccount | | | | |
| Dsnb Bloom 3039 Cornwallis Rd Durham, NC 27709 | | | | | | | 0.00 |
| Account No. **x2179** | | | CHARGES | | | | |
| DUCTS UNLIMITED 3851 CLEARVIEW SUIE A Gurnee, IL 60031 | | - | | | | | 639.47 |
| Account No. **xxx8258** | | | SERVICES | | | | |
| ECOLAB PO BOX 70343 Chicago, IL 60673-0343 | | - | | | | | 84.95 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  1,890.91

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P Kalamaras**                                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5661** <br><br> **FACILITED CENTRAL** <br> **3851 CLEARVIEW CT. SUITE A** <br> **Gurnee, IL 60031** | - | | SERVICES | | | | 639.47 |
| Account No. **xx-1099** <br><br> **GLAZER'S DISTRIBUTORS C/O CATHERINE** <br> **PO BOX 10371** <br> **Chicago, IL 60610** | - | | CHARGES | | | | 747.02 |
| Account No. <br><br> **HYATT HOTEL** <br> **1800 E. GOLF ROAD** <br> **Fort Sheridan, IL 60037** | - | | UNPAID RENT | | | | 75,000.00 |
| Account No. **xxx-xx-6148** <br><br> **IL DEPARTMENT OF REVENUE** <br> **PO BOX 19035** <br> **Springfield, IL 62794-9035** | - | | 11/2004 thru 1/2007 TAX BILL | | | | 45,881.00 |
| Account No. <br><br> **JUDGE & DOLPH LTD IN C/O NICKOLAOU** <br> **7503 W 56TH ST** <br> **Summit Argo, IL 60501** | - | | SERVICES | | | | 5,516.86 |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **127,784.35**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P Kalamaras**                                    ,        Case No. _____
                                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x8666**<br><br>**KWIK SPACE**<br>**PO BOX 1124**<br>**Bedford Park, IL 60499-1124** | - | | CHARGES | | | | 675.99 |
| Account No.<br><br>**Lamp Incorporated**<br>**460 North Grove Avenue**<br>**Elgin, IL 60121-0865** | - | | **judgement entered on April 26th 2007  case no 07L78**<br>**They completed an interior remodeling project for TLR Enterprises Inc. d/b/a/ The Living Room** | | | | 74,340.83 |
| Account No.<br><br>**LESTER ROSEN**<br>**666 DUNDED RD** | - | | CHARGES | | | | 2,063.00 |
| Account No. **xxxx5954**<br><br>**MAESTRANZI BROS**<br>**4715 N. RONALD ST**<br>**Harwood Heights, IL 60706** | - | | CHARGES | | | | 957.91 |
| Account No. **xx3900**<br><br>**MT FOODSERVICE**<br>**400 N. NOBLE**<br>**Chicago, IL 60622** | - | | SERVICES | | | | 999.82 |

Sheet no. __**7**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**79,037.55**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P Kalamaras**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2661** <br><br> **MUZAK NORTH CENTRAL** <br> **PO BOX 90423** <br> **Schaumburg, IL 60173** | - | | CHARGES | | | | 591.55 |
| Account No. **xx xx xx x000 1** <br><br> **NICOR** <br> **PO BOX 416** <br> **Aurora, IL 60568-0001** | - | | SERVICES | | | | 3,722.86 |
| Account No. **xxxxxxx0840** <br><br> **NORTH SHORE COMMUNITY** <br> **1145 WILMETTE AVENUE** <br> **Wilmette, IL 60091** | | | 9-15-2003 <br> PERSONAL LOAN | | | | 94,000.00 |
| Account No. **xx5086** <br><br> **OPEN TABLE** <br> **PO BOX 49322** <br> **San Jose, CA 95161-9322** | - | | CHARGES | | | | 1,367.50 |
| Account No. **x2612** <br><br> **PBM&A** <br> **5301 DEMSPTER SUITE 300** <br> **Skokie, IL 60077** | - | | SERVICES | | | | 22,616.74 |

Sheet no. __**8**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**122,298.65**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **William P Kalamaras**                                             , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5524** <br><br> **PRAXAIR** <br> **12000 ROOSEVELT RD** <br> **Hillside, IL 60162** | - | | | | CHARGES | | | | 46.84 |
| Account No. **TLR** <br><br> **ROSSI DISTRIBUTORS** <br> **1269 W LE MOYNE 2ND FL** <br> **Chicago, IL 60622-2438** | - | | | | CHARGES | | | | 396.00 |
| Account No. **xxxxxxx7777** <br><br> **Saab Financial** <br> **17500 Chenal Pkwy Ste 20** <br> **Little Rock, AR 72223** | | | | | Opened  4/16/04  Last Active  6/15/07 <br> AutoLease | | | | 6,012.00 |
| Account No. **xx8309** <br><br> **SARA LEE** <br> **PO BOX 70819** <br> **Chicago, IL 60673-0819** | - | | | | CHARGES | | | | 828.40 |
| Account No. **xxx5125** <br><br> **SESAC INC** <br> **PO BOX 900013** <br> **Raleigh, NC 27675-9013** | - | | | | CHARGES | | | | 327.49 |

Sheet no. __**9**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,610.73**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P Kalamaras**                                              ,        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**SKOKLIE VALLEY 199 SHEPHARD AVE Hillside, IL 60162** | - | | | | **CHARGES** | | | | 2,505.88 |
| Account No. **xxx9020** <br><br>**SOUTHERN WINE & SPIRITS OF IL 2971 PAYSHERE CIRCLE Chicago, IL 60674-2971** | - | | | | **CHARGES** | | | | 9,491.96 |
| Account No. **254** <br><br>**STOCK YARDS 340 N OAKLEY BLVD Chicago, IL 60612-2216** | - | | | | **CHARGES** | | | | 2,586.50 |
| Account No. <br><br>**STOLLER WHOLESALE** | - | | | | **CHARGES** | | | | 161.05 |
| Account No. **xxxxx4552** <br><br>**SUMMIT IL TRAILERS IN C/O RMS 1560 AURORA AVE Aurora, IL 60504-4064** | - | | | | **CHARGES** | | | | 576.99 |

Sheet no. __**10**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **15,322.38**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P Kalamaras**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x3403** | | | - | | CHARGES | | | | |
| SYSCO FOOD SERVICES 250 WIBOLDT DR Deerfield, IL 60015 | | | | | | | | | 7,565.11 |
| Account No. | | | - | | CHARGES | | | | |
| TCJ MECHANICAL INC 718 INDUSTRIAL DR Blue Island, IL 60406 | | | | | | | | | 2,385.50 |
| Account No. | | | - | | CHARGES | | | | |
| THATCHER OAKS 718 INDUSTRIAL DR Blue Island, IL 60406 | | | | | | | | | 175.00 |
| Account No. **xx9416** | | | - | | CHARGES | | | | |
| THE  PLITT CO PO BOX 5940 Carol Stream, IL 60197-5940 | | | | | | | | | 14,127.76 |
| Account No. **x1949** | | | - | | CHARGES | | | | |
| TORVAC IN C/O JAMES STEVENS & DANIE 1283 COLLEGE PARK DR Dover, DE 19904 | | | | | | | | | 209.42 |

Sheet no. __**11**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        24,462.79

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P Kalamaras** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**UNION BEVERAGE IN C/O CATHERINE ELL PO BOX 10371 Chicago, IL 60610-0371** | | - | **CHARGES** | | | | 892.95 |
| Account No. **Txxx2983**<br><br>**VEOLIA 4612 W LAKE ST Melrose Park, IL 60160** | | - | **CHARGES** | | | | 0.68 |
| Account No. **xxxx-1113**<br><br>**Village of Schaumburg 101 Schaumburg Court Schaumburg, IL 60193** | | | **Feb, March, April 2007 food and beverage and amusement tax for the village of schaumburg** | | | | 4,616.00 |
| Account No. **xx5234**<br><br>**WHITE WAY SIGN 1317 CLYBOURN AVENUE Chicago, IL 60610-1794** | | - | **CHARGES** | | | | 673.78 |
| Account No.<br><br>**WINDMILLER CUSTOM 6722 HAZEL ST Morton Grove, IL 60053** | | - | **CHARGES** | | | | 1,635.60 |

Sheet no. __**12**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,819.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P Kalamaras** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x8184**<br><br>**WOLIN KELTER & ROSEN**<br>**55 W MONROE ST #3600**<br>**Chicago, IL 60603** | - | | | **LEGAL FEES** | | | | 14,899.55 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 14,899.55 |
| Total<br>(Report on Summary of Schedules) | | 730,860.40 |

B6G (Official Form 6G) (12/07)

In re   **William P Kalamaras**                                                         ,        Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
|  |  |

**0** 
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re   **William P Kalamaras**                                              ,   Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Air Cleaning**<br>**7177 W. Grand Avenue**<br>**Elmwood Park, IL 60707**<br>   **business debts incurred throgh operation of**<br>**business** | **Angelo Gelato Italiano**<br>**570 County Ln. Rd.**<br>**Bensenville, IL 60106** |
| **TLr Enerprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173** | **IL Department of Revenue**<br>**P.O. Box 19035**<br>**Springfield, IL 62794-9035** |
| **TLR Enterprises Inc.**<br>**The Living Room**<br>**1850 E. Golf Road**<br>**Schaumburg, IL 60173-5004**<br>   **business related debts incurred through the**<br>**operation of the business** | |
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>   **business debts incurred through operating**<br>**business** | **Lester Rosen**<br>**660 Dundee Rd.** |
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL 60173**<br>   **business debts incurred through operating**<br>**business** | **Maestranzi Bros**<br>**4715 N. Ronald St.**<br>**Harwood Heights, IL 60706** |
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL 60173**<br>   **business dedts incurred through operating**<br>**business** | **Mt. Food Service**<br>**400 N. Noble**<br>**Chicago, IL 60622** |
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173**<br>   **business debts incurred through operating**<br>**business** | **Muzak North Central**<br>**P.O. Box 90423**<br>**Schaumburg, IL 60173** |
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173**<br>   **business debts incurred through operating of**<br>**business** | **open Table**<br>**P.O. Box 49322**<br>**San Jose, CA 95161** |

**5**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

In re    **William P Kalamaras**                                                                              ,    Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operataing**<br>**business** | **PBM&A**<br>**5301 Demspter Suite 300**<br>**Skokie, IL 60077** |
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL**<br>  **business debts incurred through operating**<br>**business** | **Praxair**<br>**12000 Roosevelt Rd.** |
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL 60173**<br>  **buisness debts incurred through operating**<br>**business** | **Sara Lee**<br>**P.O. Box 70819**<br>**Chicago, IL 60673** |
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating**<br>**business** | **Sesa Inc**<br>**P.O. Box 900013**<br>**Raleigh, NC 27675** |
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL**<br>  **buisness debts incurred through operating**<br>**business** | **Skokie Valley**<br>**199 Shepard Avenue**<br>**Hillside, IL 60162** |
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating**<br>**buisness** | **Skokie Valley**<br>**199 Sheppard Ave**<br>**Hillside, IL 60162** |
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173**<br>  **business debts  incurred through operating**<br>**business** | **Stock Yards**<br>**340 N. Oakley Blvd**<br>**Chicago, IL 60612** |
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating**<br>**business** | **Stoller Wholesale** |
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173** | **Summit II Trailers**<br>**1560 Aurora Ave**<br>**Aurora, IL 60504** |

Sheet ___**1**___ of ___**5**___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re   **William P Kalamaras**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173**<br>**business debts incurred through operating business** | **Sysco Food Service**<br>**250 Wiboldt Dr**<br>**Deerfield, IL 60015** |
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL 60173**<br>**business debts incurred through operating business** | **Thatcher Oaks**<br>**718 Industrial Dr**<br>**Blue Island, IL 60406** |
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173**<br>**business debts incurred through operating business** | **The Plitt Co**<br>**P.O. Box 5940**<br>**Carol Stream, IL 60197** |
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173**<br>**business debts incurred throu operating business** | **Torvac in c/o James Stevens**<br>**1283 College Park Dr**<br>**Dover, DE 19904** |
| **TLr Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173**<br>**business debts incurred through operating business** | **Union Beverage**<br>**P.O. Box 10371**<br>**Chicago, IL 60610** |
| **TLR Enterprises, Inc**<br>**1850 E Gold Rd**<br>**Schamburg, IL 60173** | **Veolia**<br>**4612 W Lake St**<br>**Melrose Park, IL 60160** |
| **TLR Enterprises, Inc**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL 60173**<br>**business debts incurred through operating business** | **White Way sign**<br>**1317 Clybourn Avenue**<br>**Chicago, IL 60610** |
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd.**<br>**Schaumburg, IL 60173**<br>**business debts incurred through operating business** | **Windmiller Custom**<br>**6722 Hazel St**<br>**Morton Grove, IL 60053** |
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173**<br>**business debts incurred through operating business** | **Wolin Kelter & Rosen**<br>**55 W. Monroe St. #3600**<br>**Chicago, IL 60603** |

Sheet __**2**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

In re    **William P Kalamaras**                                    , Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173** | **Arnold A. DeLuca  in c/o James Rigl**<br>**10 S LaSalle St #3600**<br>**Chicago, IL 60603**<br>    **Law suit pending; Case no. 06 CH 25788** |
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173** | **Broadcast Music, Inc c/o John Colet**<br>**320 W 57th St**<br>**New York, NY 10019**<br>    **Law suit pending; case no. 118519/06** |
| **TLR Enterprises, Inc**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173** | **Lamp Inc., in c/o Scott Larson**<br>**1250 Larkin Avenue #100**<br>**Elgin, IL 60123**<br>    **Law suit pending; case No. 07 L 78** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>    **Business debts incurred through the operation of the business** | **ADP Easepay Elk Grove**<br>**100 Northwest Point Blvd.**<br>**Elk Grove Village, IL 60007** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>    **business debts incurred through operation of business** | **AGAD**<br>**122 W. St. Charges Rd. #1B**<br>**Villa Park, IL 60181** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>    **business debts incurred through operating the business** | **ASCAP**<br>**21678 Network Place**<br>**Chicago, IL 60673** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>    **business detbs incurred through operating the business** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>    **business debts incurred through operaining the business** | **BMW**<br>**P.O. Box 406741**<br>**Atlanta, GA 30384-6741** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>    **business debts incurred through operaiting the business** | **Chiapetti**<br>**3900 S. Emerald Ave**<br>**Chicago, IL 60609** |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **William P Kalamaras**                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating the**<br>**business** | **Cosmolitan Linen Supply**<br>**Chicago, IL** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating**<br>**business** | **Department of Treasury**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0038** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating the**<br>**business** | **Diamond Seafood**<br>**204 N. Edgewood Ave**<br>**Wood Dale, IL 60191** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating of**<br>**business** | **Ducts Unlimited**<br>**3851 Cleaview Suite A**<br>**Gurnee, IL 60031** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating**<br>**business** | **Ecolab**<br>**P.O. Box 70343**<br>**Chicago, IL 60673-0343** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating**<br>**business** | **Facilited Central**<br>**3851 Clearview Ct. Suite A**<br>**Gurnee, IL 60031** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating**<br>**business** | **Glazer's Distributors c/o Catherine**<br>**P.O. Box 19035**<br>**Chicago, IL 60610** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173** | **Il Deparmetn of Revenue**<br>**P.O. Box 19035**<br>**Springfield, IL 62794-9035** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating**<br>**business** | **Judge & Dolph Ltd.**<br>**7503 W. 56th St.**<br>**Summit Argo, IL 60501** |

Sheet __4__ of __5__  continuation sheets attached to the Schedule of Codebtors

In re    **William P Kalamaras**
_____,    Case No. _____
                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **TLR Enterprises, Inc.**<br>**1850 E Golf Rd**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating**<br>**business** | **Nicor**<br>**P.O. Box 416**<br>**Aurora, IL 60568** |
| **TLR Enterprises, Inc.**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating**<br>**business** | **Southern Wine & Spirits of IL**<br>**2971 Payshere Circle**<br>**Chicago, IL 60674** |
| **TLR Enterprizes, Inc**<br>**1850 E. Golf Rd**<br>**Schaumburg, IL 60173**<br>  **buisness debts incurred through operating**<br>**business** | **TCJ Mechanical**<br>**718 Industiral Dr**<br>**Blue Island, IL 60406** |
| **TRL Enterprises, Inc.**<br>**1850 E. Golf Rd.**<br>**Schaumburg, IL 60173**<br>  **business debts incurred through operating the**<br>**business** | **Comed in c/o NCO Fin. Systems**<br>**P.O. Box 15740**<br>**Wilmington, DE 19850-5740** |

Sheet  **5**  of  **5**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re __William P Kalamaras_____    Case No. _____
                                            Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **unemployed** | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance | | | | |
| (Specify): **SOCIAL SECURITY/FAMILY/WIDOW** | $ | 1,774.00 | $ | N/A |
| **unemployment compensation/734.00 per month** | $ | 611.66 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income | | | | |
| (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,385.66 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,385.66 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 2,385.66 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**I am looking to land a job as a restaurant manager. My unemployment benefits ended on August 10th 2007. I am currently living on my social security benefit of 1773.00 per month**

B6J (Official Form 6J) (12/07)

In re  **William P Kalamaras** _____  Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___  No **X** | | |
| b. Is property insurance included? | Yes ___  No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 0.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 150.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 200.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 60.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 200.00 |
| d. Auto | | $ | 0.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other _____ | | $ | 0.00 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 2,000.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  **medications** | | $ | 10.00 |
| Other  **toiletries** | | $ | 20.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,040.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 2,385.66 |
| b. | Average monthly expenses from Line 18 above | $ | 3,040.00 |
| c. | Monthly net income (a. minus b.) | $ | -654.34 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William P Kalamaras**

Debtor(s)

Case No. _____

Chapter   **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**33**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 13, 2007**

Signature   **/s/ William P Kalamaras**

**William P Kalamaras**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William P Kalamaras** _____    Case No. _____

_____ Debtor(s)                Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-515,905.00 | 2006 individual tax return. Income and loss from 60% ownership and employment at TLR Enterprises Inc. Line 7 wages of 5000 and line 37 gross income total loss of 515,905.00 . |
| $-286,269.00 | 2005 individual income tax return 60% ownership of TLR Enterprises Inc. and employment at business. Line 7 wages of 132,500 and line 37 adjusted gross loss of 286,269.00. |
| $0.00 | I did not receive any income from the operation of my business for the year 2007,and the doors of the Nightclub and Restaurant " The Living Room of Schaumburg  was closed on April 28th 20007 |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $9,542.00 | **unemployment compensation of 734 every two weeks for the 2007 tax year. The maximun benefit of 9542.00 was received and the last payment was on August 10th 2007** |
| $19,503.00 | **I receive social security benefit of 1773 every month. The year to date total is 19,503.00 thru November 2007** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lamp, Inc. an Illinois Corporation vs. William Kalamaras individually and d/b/a/ Rupert's for Steaks Case No 07l78** | **lawsuit involving non payment on construction contract for build out on premises of restaurant. Suit demand of 74340.83** | **In the Circuit court of the Sixteenth Judicial circuit Kane county . kane county court house 100 S. Third St. Geneva, Il .** | **Judgement was entered on April 26th 2007.** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Arnold A. Deluca, individually and as a shareholder of TLR Enterprises, Inc Vs. TLR Enterprises, Inc. d/b/a/ the living room, an Illinois corporation, and William P. Kalamaras. Case No. 096CH 25788.** | **complaint for corporate dissolution and shareholder oppression filed by Arnold A. Deluca a 20% shareholder of TLR Enterprises, Inc.** | **Cook County , County Department, Chancery Division. The case is pending before judge Henry at the Daily Center in room1526** | **May 4th order entered freezing assets of TLR. Assets and Inventory of TLR have been turned over to court appointed Receiver Alex Moglia of Moglia Advisors. The inventory is being sold.** |
| **JUDGE & DOLPH LTD VS TLR ENTERPRISES INC** | **CASE 07 M1 85391**<br><br>**$5,516.86** | **First Municipal court. Cook County Chicago Illinois** | **pending** |
| **AMY CAVAZOS 06M1 300174 VS TLR ENTERPRISES INC., D/B/A/ THE LIVING ROOM OF SCHAUMBURG** | **LAW SUIT involving a creditor of the business TLR Enterprises Inc. D/B/A/ 'The Living Room** | **The Circuit Court of Cook County, State of Illinois, The first Municipal District , The court is located in Chicago, Illinois** | **Pending** |
| **BROADCAST MUSIC, INC; CASE NO. 118519/06 VS TLR ENTERPRISES, INC. D/B/A  THE LIVING ROOM** | **LAW SUITE REGARDING MUSIC AT BUSINESS** | **SUPREME COURT OF STATE OF NEW YORK** | **PENDING** |
| **NORTH SHORE COMMUNITY BANK & TRUST;   CASE NO. 07 L 8571 VS WILLIAM KALAMARAS** | **LAW SUIT FOR LOAN** | **CIRCUIT COURT OF COOK COUNTY,RICHARD DALEY CENTER, 50 W. WASHINGTON, ROOM 801, CHICAGO, IL 60602** | **PENDING** |
| **CITY OF CHICAGO CASE NO. 04 M1 608199 VS WILLIAM LAKAMARAS** | **UNPAID PROPERTY TAX** | **DALEY CENTER, COOK COUNTY, CHICAGO, ILLINOIS** | **PENDING** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Saab Financial Services LLC PO BOX 7101 Little Rock, AR 72223-7101** | **vehicle returned June 2007** | **2004 Saab-9-3 Conv** |

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|
| **BMW Financial Services**<br>**PO Box 3607**<br>**Dublin, OH 43016-0305** | **June 2007** | **2007 BMW 530xi** |

### 6. Assignments and receiverships

None
☐

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Arnold A. Deluca**<br>**634 Howard street**<br>**Wheaton, IL 60189** | **June 18th 2007** | **Receiver Alex Moglia  appointed by the court to**<br>**sell all the inventorry and liquour** |

None
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|---|
| **Alex Moglia/Moglia Advisors**<br>**1325 Remington Road Suite 11**<br>**Schaumburg, IL 60173** | **Arnold A. Deluca,Individually**<br>**And As A shareholder of TLR**<br>**Enterprises, Inc**<br>**Vs. TLR Enterprises, Inc., d/b/a/**<br>**The Living Room an Illinois**<br>**Corporation, and William P.**<br>**Kalamaras   06CH 25788 ; The**<br>**Circuit Court of Cook County,**<br>**Illinois County Department-**<br>**Chancery Division** | **June 18th**<br>**2007** | **The following items were**<br>**turned over to the receiver and**<br>**have been sold as follows: The**<br>**property was from the Living**<br>**Room  as of 09/15/2007 net**<br>**proceeds after chicago**<br>**liquidators sales commission**<br>**and moving expenses is**<br>**15007.24 held by receiver Alex**<br>**Moglia. There is also an**<br>**inventory list of unsold items**<br>**with an undertmined value.** |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP TO<br>DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **James M. Allen** **800 E. Northwest Highway #700** **Palatine, IL 60074** | **7/3/07** | **3,500.00** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Lasalle Bank N.A.** **135 South Lasalle Street** **Chicago, IL 60603** | **Dedicated Operating Accout for TLR Enterprises Inc. d/b/a/ The Living Room of Schaumburg. Account 9005** | **Closed  July 31 2007 The ending balance is 00.00** |
| **Lasalle Bank N.A.** **135 South Lasalle street** **Chicago, IL 60603** | **Account dedicated for the deposit of the credit card purchases for the business TLR Enterprises Inc. d/b/a/ The Living Room of Schaumburg .Account 9161** | **June 30th of 2007 ending balance of Zero** |
| **Lasalle Bank N. A.** **135 South Lasalle Street** **Chicago, IL 60603** | **A dedicated payroll account for the operation of the business TLR Enterprises Inc. d/b/a/ The Living Room of Schaumburg. Account 9179** | **June 30th 2007 a zero balance** |

6

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

7

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **TLR ENTERPRISES INC.** | 36-4252010 | **The Living Room C/O William Kalamaras 301 Wedgewo Bloomingdale, IL 60108** | **Restaurant and bar. The restaurant was Ruperts for steaks and the bar was called The living room. The business operated at a leased location at 1850 E. Golf Road, Schaumburg, Il 60173-5004** | **June 26th 1999 start date/April 28th 2007 was the end date** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Pawlan Bluemenfeld Miscinski & Assoc LTd**<br>**5301 Dempster Suite 300**<br>**Skokie, IL 60077** | **Betginning of business June 26, 1999**<br>**thru April 2007** |

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Pawlan Blumfeld Miscinski &**<br>**Assoc. Ltd** | **5301 Dempster Suite 300**<br>**Skokie, IL 60077** | **They prepare all tax returns since**<br>**inception of busines** |

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Pawlan Blumenfeld Miscinski & Assoc. Ltd** | **5301 Dempster Suite 300**<br>**Skokie, IL 60077** |

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
☐
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **September 15th 2007** | **Alan Friedman of Alex Moglia Advisors** | **total Sale less commissions is 15007.24** |

None
☐
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **September 15th 2007** | **Alex Moglia**<br>**1325 Remington Road Suite H**<br>**Schaumburg, IL 60173** |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **William Kalamaras**<br>**301 Wedgewood Circle**<br>**Bloomingdale, IL 60108-3035** | **President of TLR Enterprises, Inc., 60% shareholder** | **60% shareholder** |
| **Arnold A. DeLuca**<br>**634 South Howard St.**<br>**Wheaton, IL 60189** | **20% shareholder of TLR Enterprises, Inc.** | **20% shareholder of TLR Enterprises, Inc.** |
| **Adan Adams**<br>**23 E. Jackson**<br>**Chicago, IL** | **205 shareholder of TLR Enterprises, Inc.** | **20% shareholder of TLR Enterprises, Inc.** |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **William P. Kalamaras**<br>**301 Wedgewood Circle**<br>**Bloomingdale, IL 60108**<br>   **60% owner of corporation TLR Enterprises Inc.** | **On May 26 st and on May 31st 2007 withdrew from account 9179 ( business payroll account) 3000.00 and 425.18 to reimburse N.S.F. checks issued to employee's and to keep three employee's to pack up books and records.** | **Mr. Kalamaras paid out 2259.61 for N.S.F. checks and for key employee's an additional 1600.00 . Mr. Kalamaras personally contributed 434.43 to meet the shortage to for the aforementioned items** |

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER (EIN)

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  **December 13, 2007**                Signature   **/s/ William P Kalamaras**
                                                        **William P Kalamaras**
                                                        Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **William P Kalamaras**                                                    Case No. _____

_____                  Chapter  **7**  _____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■  I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **BMW 530XI** | **BMW FINANCIAL SERVICES** | X | | | |
| **2004 SAAB 9-3 CONV** | **SAAB FINANCIAL SERV** | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date  **December 13, 2007**  _____          Signature  **/s/ William P Kalamaras**  _____
                                                              **William P Kalamaras**
                                                              Debtor

### United States Bankruptcy Court
#### Northern District of Illinois

In re   **William P Kalamaras**

Case No. _____

_____
Debtor(s)

Chapter   **7**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept......................................................... $ _____ **0.00**

   Prior to the filing of this statement I have received.............................................. $ _____ **0.00**

   Balance Due.............................................................................................. $ _____ **0.00**

2. $ __**0.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 13, 2007**  _____

/s/ **James M. Allen**  _____
**James M. Allen 6182652**
**James M. Allen**
**800 East Northwest Highway**
**Suite 700**
**Palatine, IL 60074**
**847-359-4446  Fax: 847-359-6802**
**JamesAttyAllen@sbcglobal.net**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

James M. Allen 6182652 | X /s/ James M. Allen | December 13, 2007
Printed Name of Attorney | Signature of Attorney | Date
Address:
800 East Northwest Highway
Suite 700
Palatine, IL 60074
847-359-4446

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

William P Kalamaras | X /s/ William P Kalamaras | December 13, 2007
Printed Name(s) of Debtor(s) | Signature of Debtor | Date

Case No. (if known) | X | 
 | Signature of Joint Debtor (if any) | Date

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William P Kalamaras**                                                      Case No.
_____
                                    Debtor(s)        Chapter    **7**    _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **118**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **December 13, 2007**                          **/s/ William P Kalamaras**
_____                          _____
                                      **William P Kalamaras**
                                      Signature of Debtor

ADP EASEYPAY ELK GROVE
100 NORTHWEST POINT BLVD
Elk Grove Village, IL 60007


AGAD
122 W ST CHARLES RD #1B
Villa Park, IL 60181


Air Cleaning
7177 W. Grand Avenue
Elmwood Park, IL 60707


AIR CLEANING SPECIALISTS
7177 W GRAND AVENUE
Elmwood Park, IL 60707


AMY CAVAZOS IN C/O EDWARD GRASSE
20 N. WACKER DR. #1860
Chicago, IL 60606-2905


ANGELO GELATO ITALIANO
570 COUNTY LN RDI
Bensenville, IL 60106


ARNOLD A DELUCA
PO BOX 173
Wheaton, IL 60189


ASCAP
21678 NETWORK PLACE
Chicago, IL 60673


AT&T
PO BOX 8100
Aurora, IL 60507


Bank of America
Po Box 26012
Nc4-105-03-14
Greensboro, NC 27420


BMI
PO BOX 406741
Atlanta, GA 30384-6741

Bmw Bank Of North Amer
2735 E Parleys Ways Ste
Salt Lake City, UT 84109


Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH 43017


BMW FINANCIAL SERVICES
PO BOX 9001065
Louisville, KY 40290-1065


Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


CARDMEMBER SERV UNITED MILEAGE
PO BOX 15153
Wilmington, DE 19886-5163


Chase
Chase CC Srvs/Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156


Chase
Chase CC Srvs/Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156


Chase
Chase CC Srvs/Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156


Chase Na
Chase Card Member Services/Attn: BK Dept
Po Box 100018
Kennesaw, GA 30156


CHIAPETTI
3900 S EMERALD AVE
Chicago, IL 60609

Citibank
Attn: Citicorp Credit Services
7920 Nw 110th Street
Kansas City, MO 64153


CITIBUSINESS CARD
PO BOX 688918
Des Moines, IA 50368-8918


COMED IN C/O NCO FINAN SYSTEMS
PO BOX 15740
Wilmington, DE 19850-5740


COSMOPILITAN LINEN SUPPLY
CHICAGO


CUTI AADVANTAGE WORL MASTERCARD
PO BOX 6000
The Lakes, NV 89163-6000


DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
Cincinnati, OH 45999-0038


DIAMOND SEAFOOD
204 N. EDGEWOOD AVE
Wood Dale, IL 60191


Dsnb Bloom
3039 Cornwallis Rd
Durham, NC 27709


DUCTS UNLIMITED
3851 CLEARVIEW SUIE A
Gurnee, IL 60031


ECOLAB
PO BOX 70343
Chicago, IL 60673-0343


FACILITED CENTRAL
3851 CLEARVIEW CT. SUITE A
Gurnee, IL 60031

```
GLAZER'S DISTRIBUTORS C/O CATHERINE
PO BOX 10371
Chicago, IL 60610


HYATT HOTEL
1800 E. GOLF ROAD
Fort Sheridan, IL 60037


IL DEPARTMENT OF REVENUE
PO BOX 19035
Springfield, IL 62794-9035


Illinois Dept. of Revenue
PO Box 19035
Springfield, IL 62794


JUDGE & DOLPH LTD IN C/O NICKOLAOU
7503 W 56TH ST
Summit Argo, IL 60501


KWIK SPACE
PO BOX 1124
Bedford Park, IL 60499-1124


Lamp Incorporated
460 North Grove Avenue
Elgin, IL 60121-0865


LESTER ROSEN
666 DUNDED RD


MAESTRANZI BROS
4715 N. RONALD ST
Harwood Heights, IL 60706


MT FOODSERVICE
400 N. NOBLE
Chicago, IL 60622


MUZAK NORTH CENTRAL
PO BOX 90423
Schaumburg, IL 60173
```

NICOR
PO BOX 416
Aurora, IL 60568-0001


NORTH SHORE COMMUNITY
1145 WILMETTE AVENUE
Wilmette, IL 60091


OPEN TABLE
PO BOX 49322
San Jose, CA 95161-9322


PBM&A
5301 DEMSPTER SUITE 300
Skokie, IL 60077


PRAXAIR
12000 ROOSEVELT RD
Hillside, IL 60162


ROSSI DISTRIBUTORS
1269 W LE MOYNE 2ND FL
Chicago, IL 60622-2438


Saab Financial
17500 Chenal Pkwy Ste 20
Little Rock, AR 72223


SAAB FINANCIAL SERV
PO BOX 7101
Little Rock, AR 72223-7101


SARA LEE
PO BOX 70819
Chicago, IL 60673-0819


Scott P Larson attorney of record
1250 Larken Avenue Suite 100
Elgin, IL 60123


SESAC INC
PO BOX 900013
Raleigh, NC 27675-9013

SKOKLIE VALLEY
199 SHEPHARD AVE
Hillside, IL 60162


SOUTHERN WINE & SPIRITS OF IL
2971 PAYSHERE CIRCLE
Chicago, IL 60674-2971


STOCK YARDS
340 N OAKLEY BLVD
Chicago, IL 60612-2216


STOLLER WHOLESALE


SUMMIT IL TRAILERS IN C/O RMS
1560 AURORA AVE
Aurora, IL 60504-4064


SYSCO FOOD SERVICES
250 WIBOLDT DR
Deerfield, IL 60015


TCJ MECHANICAL INC
718 INDUSTRIAL DR
Blue Island, IL 60406


THATCHER OAKS
718 INDUSTRIAL DR
Blue Island, IL 60406


THE  PLITT CO
PO BOX 5940
Carol Stream, IL 60197-5940


TLr Enerprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises Inc.
The Living Room
1850 E. Golf Road
Schaumburg, IL 60173-5004

TLR Enterprises, Inc
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E. Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E. Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E. Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL


TLR Enterprises, Inc
1850 E. Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E. Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E. Golf Rd
Schaumburg, IL


TLR Enterprises, Inc
1850 E. Golf Rd
Schaumburg, IL 60173

```
TLR Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E. Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E. Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL 60173


TLr Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E Gold Rd
Schamburg, IL 60173


TLR Enterprises, Inc
1850 E. Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E Golf Rd.
Schaumburg, IL 60173
```

TLR Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc
1850 E Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173

```
TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E Golf Rd
Schaumburg, IL 60173


TLR Enterprises, Inc.
1850 E. Golf Rd
Schaumburg, IL 60173


TLR Enterprizes, Inc
1850 E. Golf Rd
Schaumburg, IL 60173
```

TORVAC IN C/O JAMES STEVENS & DANIE
1283 COLLEGE PARK DR
Dover, DE 19904


TRL Enterprises, Inc.
1850 E. Golf Rd.
Schaumburg, IL 60173


UNION BEVERAGE IN C/O CATHERINE ELL
PO BOX 10371
Chicago, IL 60610-0371


VEOLIA
4612 W LAKE ST
Melrose Park, IL 60160


Village of Schaumburg
101 Schaumburg Court
Schaumburg, IL 60193


village of Schaumburg
101 schaumburg Court
Schaumburg, IL 60193


WHITE WAY SIGN
1317 CLYBOURN AVENUE
Chicago, IL 60610-1794


WINDMILLER CUSTOM
6722 HAZEL ST
Morton Grove, IL 60053


WOLIN KELTER & ROSEN
55 W MONROE ST #3600
Chicago, IL 60603